# Court of Appeals
# of the State of Georgia

ATLANTA,___August 04, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A2161. REBECCA BOONE v. THE STATE.

Rebecca Boone pled guilty to armed robbery in 2006. She later moved to withdraw her guilty plea out-of-time and for an out-of-time appeal. The trial court denied both motions by order entered November 10, 2011. Boone filed a notice of appeal on July 6, 2015. We lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days of entry of the order from which an appeal is sought. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Because Boone filed her notice of appeal more than three years after entry of the order she seeks to appeal, it is untimely.[1] Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____08/04/2015_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.


_____, Clerk.

---

[1] Boone's notice of appeal also refers to an extraordinary motion for a new trial. No such motion appears in the records for this case or in Boone's currently pending appeal—which has been docketed in this Court as Case No. A15A1884—in which she seeks review of the dismissal of a prior appeal from the court's November 2011 order. Regardless, her instant appeal still would be untimely because, according to Boone, the trial court also denied the extraordinary motion for a new trial in its November 2011 order.